

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

McAlpine Family 2005 Limited
Partnership, Appellant

No. 06-13-00084-CV    v.

The Estate of Dorothy A. Knight, and
Victoria Schott Ridge, Trustee for the
Schott Family Trust, Appellee

Appeal from the 115th District Court of
Marion County, Texas (Tr. Ct. No.
1200011). Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Carter participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that any outstanding costs for preparation of the appellate record shall be paid by the Appellant. All other costs of appeal shall be borne by the party incurring them.

RENDERED JANUARY 2, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk